UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                  Civ. No. 98-2165(PG)

FLORENTINO FIGUEROA RIVERA,
ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #12 - Motion For Withdrawal Of Funds. | GRANTED. |

Date: _August 29_, 2000.

                                       JUAN M. PEREZ-GIMENEZ
                                       U.S. District Judge